UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-CIBC6, <br><br> Plaintiff, <br><br> v. <br><br> TWO EXECUTIVE CAMPUS LLC, <br><br> Defendant. | No. 1:13-cv-03249-RBK-KMW <br><br> District Judge: Judge Kugler <br> Magistrate Judge: Judge Williams |

## CONSENT ORDER ENTERING JUDGMENT IN MORTGAGE FORECLOSURE

THIS MATTER having been brought to the Court by a Stipulation signed by counsel for the Plaintiff and counsel for the Defendant evidencing the agreement of the parties to the entry of this Order, and upon Plaintiff's Affidavit in support of its Motion for Entry of Judgment by Default attesting that, pursuant to and as evidenced by the Loan Documents, and consistent therewith Defendant is indebted to Plaintiff in the sum of $7,567,588.55 as of May 3, 2013, together with continuing *per diem* regular interest thereon in the amount of $1,250.21 per day from and after May 4, 2013, and continuing *per diem* default interest thereon in the amount of $1,059.50 per day from and after May 4, 2013; together with any and all

recoverable collection costs, property protection advances, and attorneys' fees and costs in connection with Defendant's default;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED, in favor of Plaintiff, U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2003-CIBC6, and against Defendant, Two Executive Campus LLC, as follows:

(A) The amount due under the Note and Mortgage (as defined in Plaintiff's Complaint) is hereby FIXED at $7,567,588.55 as of May 3, 2013, together with continuing *per diem* regular interest thereon in the amount of $1,250.21 per day from and after May 4, 2013, and continuing *per diem* default interest thereon in the amount of $1,059.50 per day from and after May 4, 2013; together with any and all recoverable collection costs, property protection advances, and attorneys' fees and costs in connection with Defendant's default;

(B) All right, title, lien, and equity of redemption which Defendant and all those claiming by, through, or under it have or had in the Property known as Two Executive Campus and located at Route 70 and Cuthbert Boulevard, Township of Cherry Hill, Camden County, State of New Jersey, as more fully described in Exhibit "A" hereto (the "Mortgaged Premises"), and in the collateral secured by those certain UCC-1 Financing Statements (the "UCC Collateral") (the Mortgaged

Premises and the UCC Collateral, collectively, the "Mortgaged Property") given by Defendant, is hereby FORECLOSED;

(C)   The above-described Mortgaged Property shall be sold at public foreclosure sale, with the Receiver appointed in this action having the power and authority pursuant to 28 U.S.C. § 2001 *et seq.* to conduct said foreclosure sale;

(D)   The lien of the judgment entered hereby is limited to the Mortgaged Property; and

(E)   This Court shall retain jurisdiction over this matter following the entry of this Order.

BY THE COURT:

_____
ROBERT B. KUGLER, J.

Date:   August 2   , 2013

# Exhibit "A"

Page 1 of 2 Pages

# EXHIBIT A

(Description of Land)

All of that certain lot, piece or parcel of land, with the buildings and improvements thereon, situate, lying and being described as follows:

ALL that certain land and premises situate in the Township of Cherry Hill, County of Camden and the State of New Jersey, bounded and described as follows:

BEGINNING at a point in the Easterly line of Cuthbert Boulevard (also known as Lexington Avenue), said point being located the following courses, from a Monument located at Station 47+02.67; thence

(a) South 07 degrees 51 minutes 7 seconds East, a distance of 199.77 feet to a point; thence

(b) South 03 degrees 48 minutes 35 seconds West, a distance of 299.93 feet to a point in a curve; thence

(c) Southerly, along a curve to the left, having a radius of 296.24 feet, and an arc length of 71.51 feet to a point in a curve; thence

(d) Southerly, along a curve to the left, having a radius of 160.00 feet, and an arc length of 56.13 feet to a point of tangency; thence

(e) South 57 degrees 14 minutes 19 seconds East, a distance of 39.90 feet to a point of curve; thence

(f) Southerly, along a curve to the right, having a radius of 158.00 feet, and an arc length of 83.42 feet to a point in a curve; thence

(g) Southerly, along a curve to the right having a radius of 308.00 feet and an arc length of 114.18 feet to the point and place of BEGINNING; thence

(1) North 26 degrees 23 minutes 05 seconds East, along the common line between Lots 2 and 2-A in Block 68, a distance of 825.19 feet to a point; thence

(2) South 39 degrees 36 minutes 55 seconds East, along the common line between lots 2 and 3 in Block 68 a distance of 688.48 feet to a point; thence

(3) South 50 degrees 23 minutes 05 seconds West, along the common line between Lots 2 and 1 in Block 68, a distance of 625.00 feet to a point; thence

(4) South 52 degrees 51 minutes 55 seconds East, continuing along said common line, a distance of 128.48 Feet, to a point; thence

(5) South 36 degrees 46 minutes 00 seconds West, still continuing along said common line, a distance of 40.00 fet to a point; thence

# EXHIBIT A

## (Description of Land)

(6) North 79 degrees 14 minutes 00 seconds West, along the common line between Lot 2 in Block 68 and Lot 2 in Block 71, a distance of 16.38 feet to a point; thence

(7) South 36 degrees 46 minutes 00 seconds West, continuing along said common line, a distance of 252.72 feet to a point in the Northeasterly right of way line of New Jersey State Highway Route No. 70 (also known as Marlton Avenue); thence

(8) North 52 degrees 51 minutes 20 seconds West, along the Northerly right of way line of New Jersey State Highway Route No. 70, a distance of 109.97 feet, to a point in a curve; thence

(9) Northerly, along Ramp "D" leading from New Jersey State Highway Route No. 70 to Cuthbert Boulevard, following a curve the right, having a radius of 239.67 feet, a central angle of 36 degrees 53 minutes 48 seconds and an arc length of 154.34 feet, to a point of reverse curve; thence

(10) Northerly, continuing along said ramp "D", following a curve to the left, having a radius of 400.00 feet, a central angle of 44 degrees 52 minutes 32 seconds and an arc length of 313.29 feet to a point, said point being the Point and Place of BEGINNING.

BEING known as Lot 3, Block 66.01 as shown on the Township of Cherry Hill tax map.

COMMONLY known as 2 Executive Campus.